```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR RODRIGUEZ, individually, and on behalf of all others similarly situated,

       Plaintiff,

   v.

KET/AL, LLC,

       Defendant.

No. 23-cv-2215 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On March 24, 2023, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and within 15 additional days, to file a joint letter requesting either referral to mediation or a magistrate judge, or an initial status conference. Plaintiff served the summons and complaint on May 2, 2023. On June 16, 2023, the Court granted the parties' request for a 30-day extension to file their joint letter, because the parties represented that they were engaged in settlement discussions. On July 18, 2023, the Court granted a 30-day extension for Defendant to file its answer, again because the parties represented that they were engaged in settlement discussions. It has now been over four-and-a-half months since service of the summons and complaint, and no joint letter nor answer has been filed.

  The parties are ordered to file their joint letter no later than September 29, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 22, 2023
    New York, New York

                   _____
                   Ronnie Abrams
                   United States District Judge