```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR RODRIGUEZ, individually, and on behalf of all others similarly situated,

                Plaintiff,

    v.

KET/AL, LLC,

                Defendant.

No. 23-cv-2215 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 24, 2023, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and within 15 additional days, to file a joint letter requesting either referral to mediation or a magistrate judge, or an initial status conference. Plaintiff served the summons and complaint on May 2, 2023, but a letter was never filed. On September 22, 2023, the Court ordered the parties to file their letter no later than September 29, 2023. A letter still has not been filed.

    The parties shall file their joint letter, as described in the Court's Order dated March 24, 2023, no later than October 13, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2023
           New York, New York

_____
Ronnie Abrams
United States District Judge